FILED
CLERK, U.S. DISTRICT COURT
4/7/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___TV___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

January 2023 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>          v.<br><br>ADRIAN BENAVIDES-SCHORGI,<br>  aka "Mr. Talkmoney,"<br>  aka "NONAME SWIFTER,"<br>  aka "nonamesw._.ft.,"<br><br>          Defendant. | CR 2:23-cr-00164-JVS<br><br>I N D I C T M E N T<br><br>[21 U.S.C. §§ 841(a)(1),<br>(b)(1)(C): Distribution of<br>Fentanyl Resulting in Serious<br>Bodily Injury] |

    The Grand Jury charges:

            [21 U.S.C. §§ 841(a)(1), (b)(1)(C)]

    On or about May 24, 2022, in Los Angeles County, within the Central District of California, defendant ADRIAN BENAVIDES-SCHORGI, also known as ("aka") "Mr. Talkmoney," aka "NONAME SWIFTER," aka "nonamesw._.ft.," knowingly and intentionally distributed N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propenamide ("fentanyl"), a

//

//

Schedule II narcotic drug controlled substance, to Victims S.S. and E.M., whose serious bodily injury resulted from the use of such substance.

A TRUE BILL

    /S/
Foreperson

E. MARTIN ESTRADA
United States Attorney

MACK E. JENKINS
Assistant United States Attorney
Chief, Criminal Division

SCOTT M. GARRINGER
Assistant United States Attorney
Deputy Chief, Criminal Division

JOSHUA O. MAUSNER
Assistant United States Attorney
Deputy Chief, General Crimes Section

MORGAN J. COHEN
Assistant United States Attorney
Major Frauds Section